IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 25-362 |
| JOSEPH REID | | |

### ORDER

**AND NOW**, this 22nd day of September 2025, it is hereby **ORDERED** that:

1. Defendant's motion for release from custody pending trial [Doc. 6] is **DENIED.**

2. Defendant's motion for release from custody pending trial [Doc. 20] is **DENIED.**

3. The government's amended motion for pretrial detention [Doc. 21] is **GRANTED**.

4. The Order of United States Magistrate Judge Jose R. Arteaga granting pretrial release subject to home confinement [Doc. 11] is **VACATED**.

5. The Defendant shall remain in custody pending trial.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**