**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**UNITED STATES OF AMERICA**

|  |  |  |
|---|---|---|
|  | : | **CRIMINAL ACTION** |
| **v.** | : |  |
|  | : | **No. 25-362** |
| **JOSEPH REID** |  |  |

**ORDER**

    **AND NOW**, this 24th day of February, 2026, it is hereby **ORDERED** that

Defendant's renewed motion for pretrial release [Doc. 49] is **DENIED**.


                    **BY THE COURT:**

                    */s/ Jeffrey L. Schmehl*
                    **JEFFREY L. SCHMEHL, J.**